[No. 23105-1-II.    Division Two.    March 3, 2000.]

MICHAEL J. PEA, *Respondent*, v. JAMES G. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-2-01227-1, David R. Draper, J., entered February 20, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23191-3-II.    Division Two.    March 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE EDWARD WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00499-8, H. John Hall, J., entered March 18, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23313-4-II.    Division Two.    March 3, 2000.]

EARL VERNON, ET AL., *Appellants*, v. CAROLYN LOPEZ, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-09461-4, Gordon Godfrey, J., entered April 20, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23588-9-II.    ·    Division Two.    March 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED JAQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01378-1, Frederick W. Fleming, J., entered July 20, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.